UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

FILED
AUG 1 5 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Cornelius Dewayne Gordon )
          Plaintiff )
)
vs. )Case No. 07-1215
)
Rod R. Blagojevich, Roger E. Walker )
Eddie Jones, Andrew K. Ott, Lee Ryker )
Jennifer Melvin, Jeffery A. Hart, Stephanie )
Williams, Demian Hackins, Gregory Lipe )
Jeffrey Andries, C/o   Defendant(s) Perkins )
Lt. Terrence Cox, C/o Spillman

## COMPLAINT

☒ 42 U.S.C. §1983 (suit against state officials for constitutional violations)

☐ 28 U.S.C. § 1331 (suit against federal officials for constitutional violations)

☐ Other

_____

___

*Please note: This form has been created for prisoners but can be adapted for use by non-prisoners.*

    Now comes the plaintiff, Cornelius D. Gordon, and states as follows:

My current address is: Pontiac Correctional Center, P.O. Box 99, Pontiac Illinois, 61764

The defendant Rod R. Blagojevich, is employed as Governor of Illinois at 207 State House, Springfield, Ill 62706

The defendant Roger E. Walker Jr., is employed as Director of Illinois Department of Corrections at P.O. Box 19277, Springfield, Ill 62794-9277

The defendant Eddie Jones, is employed as Warden of Portiac Correctional Center at P.O. Box 99, Portiac, Ill 61764

The defendant Andrew K. Ott, is employed as Warden of Graham Correctional Center at P.O. Box 499, Hillsboro, Ill 62049

The defendant Lee Ryker, is employed as Warden of Lawrence Correctional Center at BOX 36, RR2, Sumner, Ill 62466

(revised 9/96)

Additional defendants and addresses Jeffery A. Hart, Parole Supervisor, P.O. Box 19277 Springfield, Ill 62794

For additional plaintiffs or defendants, provide the information in the same format as above on a separate page.

**LITIGATION HISTORY**

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?     Yes ☐     No ☒

If yes, please describe

_____

_____

_____

B. Have you brought any other lawsuits in state or federal court while incarcerated?

Yes ☐     No ☒

C. If your answer to B is yes, how many? _____ Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

  1. Parties to previous lawsuit:

   Plaintiff(s) _____

   Defendant(s) _____

   _____

  2. Court (if federal court, give name of district; if state court, give name of county)

## STATEMENT OF CLAIM

Place of the occurrence Pontiac Correctional Center

Date of the occurrence December 11, 2006

Witnesses to the occurrence Jennifer Melvin

*State here briefly the FACTS that support your case. Describe how EACH defendant is involved.*
*Do not give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.*
        *THE COURT STRONGLY URGES THAT YOU USE ONLY THE SPACE PROVIDED.*

1. Governor Blagojevich, is charge of all personnel hired to run his administration such as the Department of Correction Director.

2. Director Roger E. Walker Jr., is in charge of making all the policies for the Department of Correction, and making sure that these policies are enforced such as the MSR/Parole that was forced upon me.

3. Warden Jones is or was in charge of Pontiac Correctional Center in 2006 and he is an enforcer of the policies Director Walker want enforce such as MSR/Parole that was force upon me.

4. Jennifer Melvin is an employee of Pontiac Correctional Center and she is the person Warden Jones had put in charge of violating my Civil Rights by forcing me to accept MSR/Parole when I had served my full sentence that the judge gave me to do.

5. Jeffery A. Hart is an Parole Supervisor employed by Director Walker to violate my Civil Rights by enforcing Director Walker policy MSR/Parole in society.

6. Stephanie Williams is an Parole Agent employed by Parole Supervisor

4

Hart to enforce the illegal MSR/Parole in society that was forced upon me.

(7) Warden Andrew K. Ott, is in charge of Graham Correctional Center and he has participated in the unlawful incarceration of me in I.D.O.C. for the MSR/Parole that was force upon me.

(8) C/O Demian Harkins, is employed by Graham Correctional Center and he took advantage of his authority, position, and my mental unstability to further incarcerate me into Graham Segregation Unit while I was still being held unlawfully on MSR/Parole.

(9) Gregory Lipe and Jeffrey Andries are employed by Graham Correctional Center Hearing Committee and they further entrenched me into my mental unstability and incarceration by sending me to an medium/maxium security prison while I was still on this unlawful MSR/Parole.

(10) Warden Lee Ryker, is in charge of Lawrence Correctional Center and I got sick in his medium/maxium prison because of the medicine that was given to me that I had to receive outside medical treatment and (3) three blood transfusion or I would have died. And before I was tooken to an outside hospital I was beaten up by an unknown Lt. and nurse in 4-A-house on June 13, 2007 the day I got sick and that further traumatize me into my mental unstability because my Civil Rights is being violated and I could've died in prison on this unlawful MSR/Parole.

(11) C/O Perkins, is employed by Lawrence Correctional Center and when I was sent back to 4-A-house from being release from the hospital (7) seven days later he participated in the conspiracy to cover-up the unknown Lt., nurse, and other C/O's blunder of beating

5

## RELIEF REQUESTED

*(State exactly what relief you want from the court.)*

me up when I was ill by using his authority, and position to make trump-up charges against me to put me in Lawrence Segregation Unit and make me look like an bad inmate. And because of C/O Perkins trump-up charges I went over the edge and started eating and wiping feces on my walls, body, and I tried to kill myself and this happen because my Civil Rights were violated and I felt trapped.

12.) Lt. Terrence Cox and C/O Spillman are employed by Lawrence Correctional Center and they were taunting me on suicide watch and would'nt give me the suicide blanket that I was suppose to receive because I ate and wipe feces on myself. And I went over the edge because they were playing with me and threw some urine and hit Lt. Cox and receive a new case which never would of happen if my Civil Rights were'nt violated by I.DOC.

**JURY DEMAND**      Yes [X]      No [ ]

Signed this ____9th____ day of __August__,
20__07__.

( *Signature of Plaintiff* )

| Name of Plaintiff: Cornelius Dewayne Gordon | Inmate Identification Number: K88377 |
|---|---|
| Address: P.O. Box 99, Pontiac, Illinois 61764 | Telephone Number: N/A |



Exhibit #1

# IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
## MACON COUNTY, ILLINOIS

| | |
|---|---|
| THE PEOPLE OF THE STATE OF ILLINOIS, PLAINTIFF ) )<br>-VS- K88377 B ) ) FIP )<br>CORNELIUS D. GORDON ) )<br>DEFENDANT ) | NO. 98 CF 1904<br><br>D.O.B. 8-17-80 |

[Stamp: JAN 1999 RECEIVED GRAHAM CORRECTIONAL CENTER]

### SENTENCING JUDGMENT
### ILLINOIS DEPARTMENT OF CORRECTIONS

Whereas the defendant has been adjudged guilty of the offense(s) listed below and the Court having considered the statutory factors required to impose sentence FINDS:

☐ 1. That the conduct leading to the conviction for the offense(s) enumerated in Count(s) _____ resulted in great bodily harm to the victim.(730 ILCS 5/3-6-3(a)(2)(iii))

☐ 2. That the defendant is convicted of a Class _____ offense but sentenced as a Class X offender pursuant to 730 ILCS 5/5-5-3(c)(8).

IT IS THEREFORE ORDERED AS FOLLOWS:

A. That the defendant is sentenced to confinement in the Illinois Department of Corrections for the term of years and months specified below:

| Count | Offense | Offense Date & Class | Sentence |
|---|---|---|---|
| I | Attempt (Armed Robbery), | 11-29-98, Cls. 1 | 8 Yrs ___ Mos. |

with credit for time served of __33__ days.

_____ _____ ___ Yrs. ___ Mos.
sentence ordered to run (concurrent with)(consecutive to) sentence on Count 1 with credit for time served of _____ days.

_____ _____ ___ Yrs. ___ Mos.
sentence ordered to run (concurrent with)(consecutive to) sentence on Count 2 with credit for time served of _____ days.

_____ _____ ___ Yrs. ___ Mos.
sentence ordered to run (concurrent with)(consecutive to) sentence on Count 3 with credit for time served of _____ days.



B. That the sentence(s) imposed on Count(s) __II.__ shall run (concurrent with) ~~(consecutive to)~~ the sentence imposed in case number __98CF1904__ in the Circuit Court of __MACON__ County.

C. Other: __Count I dismissed as of 3-31-98. The Department of Corrections shall be authorized to consider the Defendant for impact incarceration.__

D. That the Clerk of the Court deliver a copy of this Order to the Sheriff who shall take defendant into custody and deliver him to the Illinois Department of Corrections forthwith to confined until the expiration of his/her sentence or until he/she is otherwise released by eration of law.

E. This Order is effective immediately/~~stayed until~~ _____ .

F. Defendant is ordered to pay the costs of these proceedings within the term of ndatory supervised release.

TERED THIS __19th__ DAY OF __January__, 199__9__.

s/ Circuit Court Judge

JERRY V. PATTON, CIRCUIT JUDGE

Exhibit #2

01.07.421A-J

# SENTENCE CALCULATION WORK SHEET

SINGLE OR CONCURRENT DETERMINATE SENTENCES UNDER 1978 LAW AND JAIL CREDIT

NAME *Cornelius Gordon*   NUMBER *K88377*   DATE *2-3-99*

### (STEP 1) (A)

Yr. Mo. Day

```
-  ___ ___ ___   (Rel. on Bond, Etc.)
               (Arrest Date)
               (Jail Credits)
+  ___ ___  1  (Add 1 Day)
               (Jail Credits)
```

### (STEP 1) (B)

Yr. Mo. Day

```
-  ___ ___ ___   (Rel. on Bond, Etc.)
               (Arrest Date)
               (Jail Credits)
+  ___ ___  1  (Add 1 Day)
               (Jail Credits)
```

### (STEP 1) (C)

Yr. Mo. Day

```
-  ___ ___ ___   (Rel. on Bond, Etc.)
               (Arrest Date)
               (Jail Credits)
+  ___ ___  1  (Add 1 Day)
               (Jail Credits)
```

### (STEP 1) (D)

Yr. Mo. Day

```
-  ___ ___ ___   (Rel. on Bond, Etc.)
               (Arrest Date)
               (Jail Credits)
+  ___ ___  1  (Add 1 Day)
               (Jail Credits)
```

### (STEP 2)

Yr. Mo. Day

```
+  ___ ___ ___  (Jail Credits - A)
+  ___ ___ ___  (Jail Credits - B)
+  ___ ___ ___  (Jail Credits - C)
+  ___ ___ ___  (Jail Credits - D)
               (Total Jail Credits)
```

### (STEP 3)

Yr. Mo. Day

```
   ___ ___ ___  (Old Custody/Sentence Date)
-  ___ ___ ___  (Total Jail Credits)
               (New Custody Date)
```

### (STEP 4) (MITTIMUS NO. *98CF1904*)

PROJECTED OUT DATE

Yr. Mo. Day

```
   98  12  13   Cont. Cust. (New Custody Date)
+       4       (Sentence Less Good Conduct Credits)
  2002  12  13  (Projected Out Date)
+or-   ___      (Previous Time Lost/Awarded)
  2002  12  13  (Adj. Proj. Out Date)
```

### (STEP 5)

MANDATORY OUT DATE

Yr. Mo. Day

```
   98  12  13   (New Custody Date)
+       8       (Sentence)
  2006  12  13  (Mandatory Out Date)
```

---

Adj. Proj. Out Date *12-13-2002*
Mandatory Out Date *12-13-2006*
Calculated By _____

Terminal Operator *CD*
Date Entered *2-4-99*

(Controlling)

DC 1321
IL 426-0521

Exhibit #③

# SENTENCE CALCULATION WORK SHEET

**Revocation of Good Conduct Credits
When Sentence Is Determinate Under 1978 Law**

Name CORNELIUS GORDON   Number K88377   Date 5-24-06

## STEP 1

| Year | Month | Day | |
|------|-------|-----|---|
|      | 3     |     | (Good Conduct Credits Revoked From Sentence By Director On 8-1-00) |

## STEP 2   (Mittimus Number 98CF1904)

Projected Out Date

| | Year | Month | Day | |
|---|------|-------|-----|---|
|   | 98   | 12    | 11  | (Custody Date) |
| + | 4    |       |     | (Sentence Less G.C.C.) |
|   | 02   | 12    | 11  | (Projected Out Date or PRB Projected Out Date) |
| + or - | 3 | 9  |     | (Previous Time - Lost/Awarded) |
|   | 06   | 9     | 11  | (Projected Out Date) |
| + |      | 3     |     | (Present Revocation) |
| = | 06   | 12    | 11  | (Adjusted Projected Out Date) |

(Adjusted Projected Out Date  12-11-06 )   Terminal Operator _____

Calculated By  GS   Date Entered _____

DC 1328 (Rev. 9/93)
IL426-00528

correction on calc sheet dated 8-14-00

Exhibits # ⑤

## PRISONER REVIEW BOARD
### Notice of Parole/MSR Violation Hearing

**Cornelius Gordon**                                **K88377**
(Inmate Name)                                       (IDOC No.)

You are hereby notified of your parole/MSR violation hearing on alleged charges, for which you have previously been served notice, of violating conditions of parole/MSR.

The hearing is scheduled for:    **May 8, 2007**    at    **10:00 a.m.**
                                 (Date)                  (Time)

At:    Graham Correctional Center

You are responsible for presentation of documents, witnesses, and other evidence in your defense at this hearing. Please be prepared for your hearing at the time indicated above. If you are to be represented by an attorney or wish to have witnesses present, they must make an appointment with our office (217/782-7273) one week prior to the above-scheduled hearing date, or they will not be allowed to be present at your hearing.

362-6677

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Parole Violation Report**

Exhibit #(4)

**Section A: Violation Details**

**Offender:** Cornelius D. Gordon  **Alias:** _____  **ID#:** K88377

**Parent Facility:** Pontiac CC  **Date of Birth:** 08/17/1980

**Program released to:** Dist. 3 Parole  **Level of Supervision:** R1

**Gender:** ☒ Male ☐ Female  **Race:** ☐ Caucasian ☒ African American ☐ Asian ☐ Hispanic ☐ Native American ☐ Other _____

**FBI#:** 320944hb1  **I.R.#:** _____  **CCJ#:** _____

**Release Date:** 12/11/06  **Sentence Exp. Date:** 12/11/08  **Violation Date:** 1/10/07

**Custody Facility:** Macon County Jail  **Custody Date:** 1/10/07

Exhibit #6

State of Illinois
PRISONER REVIEW BOARD ORDER                Date: May 8, 2007

| Name | Number | Facility | Docket No. |
|---|---|---|---|
| GORDON, CORNELIUS | K-88377 | GRA | PV |

To the Warden –
The following order is your authority to release this individual on parole to the custody and supervision of the Office of Community Supervision, or continue to hold as indicated. If parole is ordered, said order is subject to being vacated prior to release to parole. Any release is contingent upon execution of Parole or Mandatory Supervised Release Agreement.

**X  PAROLE/MANDATORY SUPERVISED RELEASE REVOCATION:** | ☐ **PAROLE CONSIDERATION:**

☐ Found not to be a violator

☐ Declared a violator as of _____ on _____
- ☐ Statutory Parole
- X Mandatory Supervised Release
- ☐ Parole

☐ Parole or release revoked
- ☐ Continued to _____

☐ Parole or release continued
- ☐ Effective _____

☐ Effective when plans are approved

☐ Subject to Condition(s) of *Special Order* listed below

X Hearing continued to _July 07_
- ☐ For further information
- ☐ For Court Disposition
- ☐ At inmate's request
- ☐ For Violation Report

**Violator Rationale**
The inmate named has violated parole or Mandatory Supervised Release because the inmate:

☐ Committed the criminal offense of _____

☐ Violated condition(s) _____ of the Parole or Release Agreement.

☐ Violated condition(s) _____ of your Special Order.

☐ Absconded.

☐ Failed to report or falsified report(s).

**Evidence Relied Upon**
- ☐ Counselor's Report
- ☐ Police Report
- ☐ Witnesses testimony
- ☐ Own Admission

☐ Parole granted effective when
- ☐ Parole plans are approved
- ☐ Minimum is served
- ☐ Eligible

☐ Subject to regular conditions and
- ☐ Subject to condition(s) of *Special Orders* listed below

☐ Parole denied, continued to _____

☐ Hearing continued to _____
- ☐ Psychiatric Report requested
- ☐ For verification of parole plans
- ☐ At inmate's request

☐ Release date offer attached to and made a part of this order.

☐ See Rationale attached to and made a part of this Order

Order of _____
- ☐ Amended
- ☐ Stayed
- ☐ Vacated

*The Board finds that this evidence is sufficient because:*
Subject has pending drug case in Macon County

**PRISONER REVIEW BOARD:**

**SPECIAL ORDER(S):**
You are obligated to the general rules governing parolees or mandatory supervised releasees and the following special order(s):

☐ Substance Abuse Counseling (CD)
☐ Anger Management Counseling (CG)
☐ Outpatient Mental Health Counseling (CP)
☐ Sex Offender Counseling (CX)
☐ Electronic Monitoring (CE) for a period of _____
☐ No Victim Contact (CT)
☐ Be released to the warrant or detainer against you. If the charge or charges on which the warrant or detainer is based are dismissed you shall be returned to an institution of the Department of Corrections for further consideration by the Board. (CW)
☐ Other: (CO) _____

Distribution: Board; Institution File; Resident; Clinical or Parole Services
IL 578-0011 (7/05)

Exhibit # ⑦

## PRISONER REVIEW BOARD
### Notice of Parole/MSR Violation Hearing

_Gordon, Cornelius_    _K88377_    _H-01.02.01_
(Inmate Name)        (IDOC No.)     (Housing Unit)

You are hereby notified of your parole/MSR violation hearing on alleged charges, for which you have previously been served notice, of violating conditions of parole/MSR.

The hearing is scheduled for: __June 12, 2007,__ at __10:00 am__
                                          (Date)         (Time)

At: ____Lawrence Correctional Center____
                   (Correctional Facility)

You are responsible for presentation of documents, witnesses, and other evidence in your defense at this hearing. Please be prepared for your hearing at the time indicated above. If you are to be represented by an attorney or wish to have witnesses present, they must make an appointment with our office (217-782-7273) one week prior to the above-scheduled hearing date, or they will not be allowed to be present at your hearing.

Lee Ryker

Additional defendants and addresses Jennifer Melvin, P.O. Box 99, Pontiac, Ill, Lt. Terrence Cox and C/O's Perkins, Spillman Box 36 RR2 Sumner, Ill, Demian Harkins, Gregory Lipe, Jeffrey Andries, P.O. Box 499, Hillsboro, Ill, Jeffery A. Hart, Stephanie Williams, P.O. Box 19277, Springfield, Ill

For additional plaintiffs or defendants, provide the information in the same format as above on a separate page.

## LITIGATION HISTORY

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?    Yes ☐    No ☒

If yes, please describe _____

_____

B. Have you brought any other lawsuits in state or federal court while incarcerated?    Yes ☐    No ☒

C. If your answer to B is yes, how many? _____ Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

1. Parties to previous lawsuit:

   Plaintiff(s) _____

   Defendant(s) _____

   _____

2. Court (if federal court, give name of district; if state court, give name of county)

   _____

2

S.D. #428