UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

FILED
AUG 1 5 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Cornelius Dewayne Gordon )
                         )
                         )
                         )
          Plaintiff,     )
                         )
      vs.                )     No.  07-1215
                         )        (Supplied by Clerk)
Rod R. Blagojevich, Roger Walker Jr. )
Andrew K. Ott, Warden Jones Lee Ryker )
"et al" Defendant(s).    )

PETITION AND AFFIDAVIT FOR LEAVE TO PROCEED
WITHOUT PREPAYMENT OF FEES AND COSTS

I, Cornelius Dewayne Gordon, plaintiff, move the court for leave to proceed without prepayment of fees and costs in the above action. I declare under penalty of perjury that the following facts are true:

1. I am the party initiating this action and I believe I am entitled to redress.

2. I am unable to prepay the fees and costs of this proceeding, or to give security, because of my poverty.

3. I am (check one) Single  X   Married ____ Separated ____ Divorced ____

4. My responses to the following questions are true:

A. Are you presently employed in any capacity including a paying position while incarcerated as an inmate in a correctional center? Yes ( ) No ( X )

B. If so, by whom, what is your position, and what is your pay?

_____

_____

C. If not, when were you last employed and what was your pay? This includes prior inmate positions?
Never had an job or inmate position because I suppose to take medicine for my mental health behavior.

1

1:07-cv-01215-HAB-JAG   # 2    Page 2 of 5

D. Have you received money from any other source, including judgments, in the last 6 months? Yes (X) No ( ) If yes, describe each source and state how much you received.

Mabel Gordon is my mother and she send me $20.00 to $50.00 or whatever she can afford to send me at the time.

E. If you are presently incarcerated, how much money do you have in your institutional trust fund account? $1.51

F. If withdrawals were made from your institutional trust fund account during the past 6 months, please explain when, how much, and the purpose for which funds were used.

G. How much money do you have in private checking or saving accounts? None

H. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property, including audio visual equipment such as T.V.s, stereos, etc. (except for ordinary household furniture and clothing)? Yes ( ) No (X)

If yes, describe the property and its approximate value:

I. Do you have any debts or obligations? Yes (X) No ( )

If yes, list the amount owed, to whom, and any current payments that you are making.

I owe a book company Black Expressions $200.00. And I owe U.S. Cellular $400.00 and I cannot make payments to them until I reach society because my mother can't always send me money.

J. List your dependents, state your relationship to them, and state how much you contribute to their support each month. Also, state how long you have contributed to that support and other means by which your dependents receive support.

S.D. #428

2

_____

_____

_____

K. Estimate the total amount of income or support that your dependents receive per month on the average, excluding your contributions to them.

_____

I declare under penalty of perjury and fine that the foregoing is true and correct and that I have a continuing duty to advise the court of any changes in my financial position as stated above.

_____
SIGNATURE

~~August 2007~~ August 7, 2007
DATE

S.D. #428

3

REPORT CRITERIA - Date: Start thru End;　Inmate: K88377;　Active Status Only ? : No;　Print Restrictions ? : Yes;
Transaction Type: All Transaction Types;　Print Furloughs / Restitutions ? : Yes;　Include Inmate Totals ? : Yes;　Print Balance Errors Only ? : No

### Inmate: K88377 Gordon, Cornelius D.　　　Housing Unit: LAW-S -CL-03

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| | | | | | Beginning Balance: | | 0.00 |
| 05/31/07 | Mail Room | 04 Intake and Transfers In | 151219 | 55091 | Graham C.C. | 4.84 | 4.84 |
| 06/14/07 | Payroll | 20 Payroll Adjustment | 165134 | | P/R month of 05/2007 | 3.40 | 8.24 |
| 06/15/07 | Disbursements | 81 Legal Postage | 166334 | Chk #18543 | 056227, DOC: 523 Fund Inmate R, Inv. Date: 06/12/2007 | -.17 | 8.07 |
| 06/15/07 | Disbursements | 81 Legal Postage | 166334 | Chk #18543 | 056203, DOC: 523 Fund Inmate R, Inv. Date: 06/11/2007 | -1.38 | 6.69 |
| 06/15/07 | Disbursements | 81 Legal Postage | 166334 | Chk #18543 | 056203, DOC: 523 Fund Inmate R, Inv. Date: 06/11/2007 | -1.48 | 5.21 |

| | |
|---|---|
| Total Inmate Funds: | 5.21 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | 3.70 |
| Funds Available: | 1.51 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |

### RESTRICTIONS

| Invoice Date | Invoice Number | Type | Description | Vendor | Amount |
|---|---|---|---|---|---|
| 06/20/2007 | 056303 | Disb | Library | 2 DOC: 523 Fund Library | $3.70 |
| | | | | Total Restrictions: | $3.70 |

*Admitted to Graham Correctional Center on 4-17-07*

CERTIFICATE

(TO BE COMPLETED FOR PRISONERS ONLY. THIS IS A STATEMENT BY THE PRISON AND NOT THE PRISONER.)

    I hereby certify that the plaintiff or petitioner in this action has the sum of $ __1.51__ in his trust account at the correctional center where he is confined. I further certify that the plaintiff or petitioner has the following securities to his credit according to the records of this institution:

_____
_____
_____
_____

                                 _[signature]_
                                 (Authorized Officer)

                                 Lawrence Correctional Center
                                 (Institution)

                                 _[signature]_
                                 (Title)

                                 DATE __7-5-07__

IMPORTANT:
THIS CERTIFICATE MUST BE ACCOMPANIED BY A COPY OF A SIX-MONTH LEDGER OF THE PLAINTIFF'S TRUST FUND ACCOUNT.

S.D. #428

4