E-FILED
Wednesday, 15 August, 2007 04:00:10 PM
Clerk, U.S. District Court, ILCD

FILED
AUG 15 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS

Cornelius Dewayne Gordon,              )
    Plaintiff,                         )
    vs.                                )  No.  07-1215
Rod R. Blagojevich, Roger Walker,      )
"Et Al" Defendant(s)                   )

## MOTION FOR APPOINTMENT OF COUNSEL

1. I, Cornelius D. Gordon, declare that I am the plaintiff in the above-entitled case. I further state that I am unable to afford the services of an attorney. I hereby request the court to appoint counsel to represent me in this case. Should the court grant the motion, I agree to provide for payment of attorney fees out of any recovery I might obtain in this case.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this lawsuit:

Jame T. Jackson 225 N. Water St Suite 301 P.O. Box 1400, Decatur Illinois 62523. Jerald E. Jackson 225 N. Water St. Suite 301 P.O. Box 1400 Decatur, Ill 62523. No Response from both Attorney's. David Massey 250 N. Water St. Suite 310, Decatur, Illinois 62523. No Response from Mr. Massey and he is my Public Defender.

3. In further support of my motion, I declare that (check appropriate answer):

   X     I am not currently represented (and have not been represented previously) by an attorney appointed by this court in this or any other civil or criminal proceeding before this court.

   ___    I am currently (or previously have been) represented by counsel appointed by this court in the proceeding(s) described on the attached page.

4.  In further support of my motion, I declare that (check appropriate answer):

__X__    I have attached an original application to proceed in forma pauperis detailing my financial status.

_____    I already have been granted leave to proceed in forma pauperis; my previously filed application to proceed in forma pauperis is a true and correct representation of my current financial status.

_____    I previously filed an application to proceed in forma pauperis; however, my financial status has since changed. Attached is an amended application to proceed in forma pauperis that reflects my current financial status.

5.  I declare under penalty of perjury that the foregoing is true and correct.

_____
Movant's Signature

P.O. Box 99
Street Address

Pontiac, Illinois 61764
City/State/Zip Code

Date: August 9, 2007

10/94