E-FILED
Thursday, 16 August, 2007   10:01:07 AM
 Clerk, U.S. District Court, ILCD

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **Cornelius Dewayne Gordon** | ) | **WRIT OF HABEAS CORPUS** |
| Plaintiff | ) | **AD TESTIFICANDUM** |
| | ) | |
| vs | ) | |
| | ) | **CASE NO. 07-1215** |
| **Rod R. Blagojevich, et al** | ) | |
| Defendant | ) | |

**TO: THE WARDEN of** Pontiac Correctional Center at Pontiac, IL.

      **WE COMMAND** that you produce the body of **Cornelius Dewayne Gordon**, Register No. **K88377**, who is in your custody at Pontiac Correctional Center before the United States District Court on **Tuesday, 9/18/07 at 9:30 AM** by making that person personally available at a telephone at the institution to participate in a hearing before the court by **TELEPHONE CONFERENCE CALL** between the plaintiff and counsel for the defendants. This telephone conference call is a public proceeding as though the prisoner were present in open court. Anyone can listen. At the termination of said hearing you may return him to his current regular assignment.

      **WITNESS** the Honorable John M. Waters, CLERK of the United States District Court for the Central District of Illinois.

      DATED: 8/16/07

                                    JOHN M. WATERS, CLERK
                                    UNITED STATES DISTRICT COURT

                                    BY: __s/ T. Kelch_____
                                          Deputy Clerk