**E-FILED**
Thursday, 16 August, 2007  11:38:21 AM
Clerk, U.S. District Court, ILCD



# UNITED STATES DISTRICT COURT

**JOHN M. WATERS**
CLERK OF COURT

## CENTRAL DISTRICT OF ILLINOIS

TEL: 309.671.7117
FAX: 309.671.7120

### OFFICE OF THE CLERK
309 U.S. COURTHOUSE
100 N.E. MONROE STREET
PEORIA, ILLINOIS 61602

August 16, 2007

Re: Cornelius D. Gordon, K88377
Case No. 07-1215

Trust Fund Department
Graham Correctional Center
PO Box 499
Hillsboro, IL 62049

The Clerk of the Court recently received a complaint and a petition to proceed in forma pauperis from the above named inmate.   In order for the Court to determine whether s/he is entitled to proceed in forma pauperis, the Court must review his/her trust fund ledgers for the six months immediately proceeding receipt of his/her complaint.   Therefore, the Clerk of the Court respectfully requests that you provide to the Court a copy of the above named inmate's trust fund ledgers for the period **2/15/07-8/15/07**, within fourteen days of the date of this letter.   Please mail the trust fund ledgers to:

> United States District Court
> Central District Of Illinois
> 309 Federal Building
> 100 N.E. Monroe
> Peoria, IL 61602

Please refer to the above referenced case number when submitting the trust fund ledgers.  Thank you.

Sincerely,

John M. Waters

Clerk, U.S. District Court

cc: Inmate