Gordon
v.
Blagojevich et al

Case #: 1:07-cv-01215-HAB-JAG

Petition for Relief

FILED
SEP 10 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Gordon
V. case#: 1:07CV-0121
Blagojevich et al 5-Hab-Jag

REQUEST FOR RELIEF

State here exactly what you want the court to do:

I would like for the court to compensate me for every day I am on this unlawful parole and incarceration $100.00 a day.

## DECLARATION UNDER PENALTY OF PERJURY

I, the undersigned, certify to the best of my knowledge, information, and belief, that this petition is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11(a) and (b) may result in sanctions, monetary or non-monetary, pursuant to Federal Rule of Civil Procedure 11(c).

Signed this 28 day of August, 2007.

_____
Signature of Petitioner

_____
(Signature of lawyer, if any)

Rev 2/97

- 13 -

07.424A-J



# SENTENCE CALCULATION WORK SHEET

## MANDATORY SUPERVISED RELEASE VIOLATORS SENTENCED UNDER 1978 LAW

NAME  CORNELIUS D. GORDON  NUMBER  K88377  DATE  8-28-07

(STEP 1) (A)   Rap Sheet

| Yr. | Mo. | Day | |
|---|---|---|---|
| 07 | 1 | 10 | (Recustody/New Sentence Date) |
| - 07 | 1 | 10 | (Date D.A.V.) |
|  |  |  | (Time Lost - MSR Viol.) |

(STEP 1) (B)

| Yr. | Mo. | Day | |
|---|---|---|---|
|  |  |  | (Recustody/New Sentence Date) |
| - |  |  | (Date D.A.V.) |
|  |  |  | (Time Lost - MSR Viol.) |

(STEP 2)

| Yr. | Mo. | Day | |
|---|---|---|---|
|  |  |  | (Time Lost-1st Viol.-A) |
| + |  |  | (Time Lost-2nd Viol.-B) |
|  |  |  | (Total Time Lost) |

(STEP 3) (MITTIMUS NO. 98CF1904)

PROJECTED OUT DATE

| Yr. | Mo. | Day | |
|---|---|---|---|
| 98 | 12 | 11 | (Custody Date) |
| + | 4 |  | (Sentence Less Good Conduct Credits) |
| 02 | 12 | 11 | (Proj. Out Date) |
| +or 4 |  |  | (Previous Time Lost/Awarded) Revised |
| 06 | 12 | 11 | (Proj. Out Date) |
| + 2 |  |  | (MSR Term) |
| 08 | 12 | 11 | (Maximum) |
| + |  |  | (Time Lost - MSR Viol.) |
| 08 | 12 | 11 | (Discharge Date) |

(STEP 4)

| Yr. | Mo. | Day | |
|---|---|---|---|
| 08 | 12 | 11 | (Discharge Date) |
| - 07 | 1 | 10 | (Recustody/New Sentence Date) |
|  | 11 | 1 | (Time to Serve) |
| -½ |  | 16 | (Good Conduct Credits) |
|  | 11 | 15 | (Time Left to Serve) |

(STEP 5)

| Yr. | Mo. | Day | |
|---|---|---|---|
| 07 | 1 | 10 | (Recustody/New Sentence Date) |
| + |  11 | 15 | (Time Left to Serve) |
| 07 | 12 | 25 | (Proj. Discharge Date) |

(STEP 6)

| Yr. | Mo. | Day | |
|---|---|---|---|
|  |  |  | (Release Date) |
|  |  |  | (Recustody/New Sentence Date) |
| - |  |  | (Good Conduct Credits) |

(STEP 7)

| Yr. | Mo. | Day | |
|---|---|---|---|
|  |  |  | (Discharge Date as in Step 3) |
| - |  |  | (Good Conduct Credits) |
|  |  |  | (Proj. Discharge Date) |

Projected Discharge Date  12-25-07     Terminal Operator _____
Calculated By  Fo___                    Date Entered _____

DC 1324
IL 426-0524

01.07.421A-J

## SENTENCE CALCULATION WORK SHEET

SINGLE OR CONCURRENT DETERMINATE SENTENCES UNDER 1978 LAW AND JAIL CREDIT

NAME *Cornelius Gordon*  NUMBER *K88377*  DATE *2-3-99*

(STEP 1) (A)

Yr. Mo. Day

```
-  _____  _____  _____   (Rel. on Bond, Etc.)
                          (Arrest Date)
                          (Jail Credits)
+  _____  _____    1     (Add 1 Day)
   _____  _____  _____   (Jail Credits)
```

(STEP 1) (B)

Yr. Mo. Day

```
-  _____  _____  _____   (Rel. on Bond, Etc.)
                          (Arrest Date)
                          (Jail Credits)
+  _____  _____    1     (Add 1 Day)
   _____  _____  _____   (Jail Credits)
```

(STEP 1) (C)

Yr. Mo. Day

```
-  _____  _____  _____   (Rel. on Bond, Etc.)
                          (Arrest Date)
                          (Jail Credits)
+  _____  _____    1     (Add 1 Day)
   _____  _____  _____   (Jail Credits)
```

(STEP 1) (D)

Yr. Mo. Day

```
-  _____  _____  _____   (Rel. on Bond, Etc.)
                          (Arrest Date)
                          (Jail Credits)
+  _____  _____    1     (Add 1 Day)
   _____  _____  _____   (Jail Credits)
```

(STEP 2)

Yr. Mo. Day

```
+  _____  _____  _____   (Jail Credits - A)
+  _____  _____  _____   (Jail Credits - B)
+  _____  _____  _____   (Jail Credits - C)
+  _____  _____  _____   (Jail Credits - D)
   _____  _____  _____   (Total Jail Credits)
```

(STEP 3)

Yr. Mo. Day

```
                          (Old Custody/
                          Sentence Date)
-  _____  _____  _____   (Total Jail Credits)
   _____  _____  _____   (New Custody Date)
```

(STEP 4) (MITTIMUS NO. *98CF1904*)

PROJECTED OUT DATE

Yr. Mo. Day

```
    98    12   13   Cont. Cust.
                          (New Custody Date)
+          4              (Sentence Less
                          Good Conduct Credits)
   2002   12   13   (Projected Out Date)
+or-                      (Previous Time
                          Lost/Awarded)
   2002   12   13   (Adj. Proj. Out Date)
```

(STEP 5)

MANDATORY OUT DATE

Yr. Mo. Day

```
    98    12   13
                          (New Custody Date)
+          8              (Sentence)
   2006   12   13   (Mandatory Out Date)
```

Adj. Proj. Out Date  *12-13-2002*
Mandatory Out Date  *12-13-2006*
Calculated By  *JK*

Terminal Operator  *CD*
Date Entered  *2-4-99*

*Controlling*

DC 1321
IL 426-0521

IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
MACON COUNTY, ILLINOIS

THE PEOPLE OF THE STATE OF ILLINOIS, )
                PLAINTIFF )
                 )
    -VS-    K88377 ) NO. 98 CF 1904
                B )
               IIP )
CORNELIUS D. GORDON )
             DEFENDANT ) D.O.B. 8-17-80

[Stamp: JAN 1999 RECEIVED GRAHAM CORRECTIONAL CENTER]

SENTENCING JUDGMENT
ILLINOIS DEPARTMENT OF CORRECTIONS

Whereas the defendant has been adjudged guilty of the offense(s) listed below and the Court having considered the statutory factors required to impose sentence FINDS:

☐ 1. That the conduct leading to the conviction for the offense(s) enumerated in Count(s) _____ resulted in great bodily harm to the victim.(730 ILCS 5/3-6-3(a)(2)(iii))

☐ 2. That the defendant is convicted of a Class _____ offense but sentenced as a Class X offender pursuant to 730 ILCS 5/5-5-3(c)(8).

IT IS THEREFORE ORDERED AS FOLLOWS:

A. That the defendant is sentenced to confinement in the Illinois Department of Corrections for the term of years and months specified below:

| Count | Offense | Offense Date & Class | Sentence |
|---|---|---|---|
| I | Attempt (Armed Robbery), | 11-29-98, Cls. 1 | 8 Yrs ___ Mos. |

with credit for time served of __33__ days.

____ _____ ___ Yrs. ___ Mos.
sentence ordered to run (concurrent with)(consecutive to) sentence on Count 1 with credit for time served of _____ days.

____ _____ ___ Yrs. ___ Mos.
sentence ordered to run (concurrent with)(consecutive to) sentence on Count 2 with credit for time served of _____ days.

____ _____ ___ Yrs. ___ Mos.
sentence ordered to run (concurrent with)(consecutive to) sentence on Count 3 with credit for time served of _____ days.

B. That the sentence(s) imposed on Count(s) __II.__ shall run (concurrent with) ~~(consecutive to)~~ the sentence imposed in case number __98CF1904__ in the Circuit Court of __MACON__ County.

C. Other: __Count I dismissed as of 3-31-98. The Department of Corrections shall be authorized to consider the Defendant for impact incarceration.__

D. That the Clerk of the Court deliver a copy of this Order to the Sheriff who shall take defendant into custody and deliver him to the Illinois Department of Corrections forthwith to confined until the expiration of his/her sentence or until he/she is otherwise released by eration of law.

E. This Order is effective immediately/~~stayed until~~ _____.

F. Defendant is ordered to pay the costs of these proceedings within the term of ndatory supervised release.

TERED THIS __19th__ DAY OF __January__, 199__9__.

_____
JERRY P. PATTON, CIRCUIT JUDGE

**Clark, Michelle R.**
From:     Clark, Michelle R.
Sent:     Thursday, September 06, 2007 3:20 PM
To:       'prisoner.peoria@ilcd.uscourts.gov'
Subject:  e-filing from Pontiac Correctional Center

On September 5, 2007, Pontiac's Law Library received a **Petition for Relief** [7 pages] for e-filing from offender Cornelius Gordon K88377 pertaining to case #07-1215.

Dear Mr./Ms. Clerk of the Court,

I am filing this petition for relief late because I did not know I was suppose to put it on my suit until a Jail House Lawyer look my case over and told me to file one before my case is dismissed.

So I hope this petition is not late because the Judge have'nt heard my case yet. Can you please let me know if you can put this petition with my suit. Thank you for your time and patience!!

August 28, 2007

Sincerely

*[signature]*

Cornelius Dewayne Gordon
K88377
P.O. Box 99
Pontiac, Illinois
61764