# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**Cornelius Dewayne Gordon**

vs.

Case Number: **07-1215**

**Rod R. Blagojevich; Roger E. Walker; Eddie Jones; Andrew K. Ott; Lee Ryker; Jennifer Melvin; Jeffrey A. Hart; Stephanie Williams; Demian Harkins; Gregory Lipe; Jeffrey L. Andries; Correctional Officer Perkins; Lt. Terrence Cox; and Correctional Officer Spillman**

**DECISION BY THE COURT**. This action came before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this case is dismissed for failure to state a claim pursuant to Fed. R. Civ. P. 12(b)(6) and 28 U.S.C.§1915A. The parties are to bear their own costs.

ENTER this 19th day of September, 2007

JOHN M. WATERS, CLERK

s/M. Leininger
BY: DEPUTY CLERK